UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERLAN LYNELL DICEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. COBB, et al.,<br><br>　　　　Defendants. | No. 2:14-cv-2661 CKD P<br><br><br>ORDER |

Plaintiff has filed a motion asking that the discovery deadline be extended. Good cause appearing, IT IS HEREBY ORDERED that:

1. The motion filed by plaintiff on March 14, 2016 (ECF No. 21) is granted in the following respects:

　　A. The discovery deadline is extended from March 20 to April 20, 2016.

　　B. If plaintiff wishes to serve additional requests for discovery, he must, before the expiration of the discovery deadline, seek leave to do so indicating what discovery requests he wishes to serve, why, and why the requests were not served

/////

/////

/////

/////

1

prior to the expiration of the January 20, 2016 deadline for serving discovery requests.

2. In all other respects, the March 14, 2016 motion is denied.

Dated: March 16, 2016

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
dice2661.disc