UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERLAN LYNELL DICEY, | No. 2:14-cv-02661 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| T. COBB, et al., | |
| Defendants. | |

On June 15, 2016, Plaintiff filed a document the Court construes as a request for reconsideration of the magistrate judge's order denying his request for an extension of time to serve discovery requests. (ECF No. 33.) Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court does not find that the magistrate judge's ruling is clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED Plaintiff's motion for reconsideration (ECF No. 33) is denied.

Dated: June 19, 2016

Troy L. Nunley
United States District Judge