UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERLAN LYNELL DICEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. COBB, et al.,<br><br>　　　　Defendants. | No. 2:14-cv-2661 TLN CKD P<br><br><br>ORDER |

For reasons stated in the court's May 26, 2016 order, plaintiff's June 21, 2016 second motion for the reopening of discovery (ECF No. 36) is denied.

Dated: June 27, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
dice2661.dis