UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERLAN LYNELL DICEY, | No. 2:14-cv-2661 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| T. COBB, et al., | |
| Defendants. | |

On December 28, 2016, Plaintiff filed a document the Court construes as a request for reconsideration of the magistrate judge's December 2, 2016 order. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that any of the Magistrate Judge's rulings in the December 2, 2016 order are clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED plaintiff's motion for reconsideration (ECF No. 59) is denied.

Dated: January 10, 2017

Troy L. Nunley
United States District Judge