1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BERLAN LYNELL DICEY,                      No.  2:14-cv-2661 TLN CKD P

12                   Plaintiff,

13           v.                                 ORDER

14    T. COBB, et al.,

15                   Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On January 13, 2017, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed

23    objections to the findings and recommendations.

24          Plaintiff objects to the Magistrate Judge's grant of summary judgment as to Defendant

25    Hood.  (Object., ECF No. 67, at 2.)  Plaintiff maintains that Defendant Hood made a retaliatory

26    statement prior to Plaintiff's cell transfer.  (ECF No. 67, at 2.)  Plaintiff argues that Defendant

27    Hood made a retaliatory statement similar to Defendant Betti prior to the cell transfer.  (ECF No.

28    67, at 2.)  Specifically, Defendant Hood allegedly said: "Dicey you will be moved to the lower

                                                 1

1   yard if you don't let me see you trash that appeal right now, this is your last chance to keep

2   everything you now have, once you are moved you will los[e] your job." (Compl., ECF No. 1, at

3   21.)  The Magistrate Judge correctly identified evidence showing a genuine issue of material fact

4   as to whether Defendant Betti recommended and thereby caused Plaintiff's cell transfer.  The

5   Magistrate Judge identifies Defendant Betti's alleged statement as: "Dicey I see that second

6   watch now has you on their shit list. You just can't stop your little appeals huh. You['re] going to

7   lose…[T]his is your last chance to keep everything you now have, once you are moved you will

8   lose your job." (ECF No. 1, at 6–7.)  This Court disagrees with the Magistrate Judge's finding

9   that there is no evidence demonstrating a genuine issue of material fact against Defendant Hood.

10  Defendant Betti's alleged retaliatory statement is similar to Defendant Hood's and just as likely to

11  be construed as a threat.  Accordingly, this Court finds that Plaintiff has demonstrated a genuine

12  issue of material fact as to whether Defendant Hood recommended Plaintiff be transferred for

13  refusing to withdraw his grievances.  Therefore, Defendant Hood is not entitled to summary

14  judgment.

15      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

16  Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

17  Court finds the findings and recommendations to be supported by the record and, except as

18  mentioned above, by proper analysis.

19      Accordingly, IT IS HEREBY ORDERED that:

20      1. The findings and recommendations filed January 13, 2017, are adopted in part;

21      2. Defendants Betti and Hood's motion for summary judgment (ECF No. 29) is denied as

22  follows:

23          A.  Denied with respect to Plaintiff's remaining claim against Defendant Hood;

24  and

25          B.  Denied with respect to Plaintiff's remaining claim against Defendant Betti.

26

27  Dated: March 31, 2017

28

2

Troy L. Nunley
United States District Judge